NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: JOHN NICHOLAS GROSS,**
*Appellant*

———————————

2014-1474

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/770,767.

———————————

**JUDGMENT**

———————————

JOHN NICHOLAS GROSS, Law Office of J. Nicholas Gross, Berkeley, CA, argued pro se.

SYDNEY O. JOHNSON, JR., Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, JOSEPH GERARD PICCOLO, THOMAS W. KRAUSE, JOSEPH MATAL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2015                                    /s/  Daniel  E.  O'Toole
       Date                                        Daniel E. O'Toole
                                                    Clerk of Court